# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL BROWN,

    Plaintiff,

v.

LACKAWANNA COUNTY, et al.,

    Defendants.

CIVIL ACTION NO. 1:13-CV-00681

(JONES, J.)
(MEHALCHICK, M.J.)

## **ORDER**

**AND NOW**, this 20th day of December, 2013, upon consideration of Plaintiff's motion for reconsideration (Doc. 37), **IT IS HEREBY ORDERED** that, for the reasons set forth in the Memorandum filed concurrently with this Order, the motion is **DENIED**.

                                            **BY THE COURT:**

                                            *s/ Karoline Mehalchick*
                                            **KAROLINE MEHALCHICK**
                                            **United States Magistrate Judge**